# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **IMPULSE MONITORING, INC.,** | )<br>) |
| **Plaintiff,** | )<br>) |
| V. | )    CIVIL ACTION NO: 3:14-cv-296 |
| | ) |
| **HUMANA HEALTH PLAN, INC.,** | )<br>) |
| **Defendant.** | )<br>) |

## ORDER

Before the Court is the Joint Motion to Stay filed by both parties in this matter (Doc. No. 11). After due consideration, and taking into account the global nature of the contemplated settlement negotiations, as well as the consent of the parties, the Court finds that the Joint Motion is well-taken, and that it should be granted. Additionally, given the likelihood of significant delay in this matter while the parties negotiate the settlement, the Court will deny without prejudice Defendant's Motion to Dismiss (Doc. No. 5).

Accordingly, it is hereby **ORDERED** that:

All deadlines in this matter, including that requiring the Plaintiff or the Defendant to file any responsive pleadings, are stayed while the parties engage in global settlement negotiations of this and approximately sixty-six (66) other similar matters between them. Unless the Court is advised at an earlier date of a related settlement or non-settlement, the parties shall report the status of their negotiations through a joint filing on or before sixty (60) days following the entry of this Order.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. No. 5) is **DENIED** without prejudice.

**SO ORDERED.**

Signed: September 26, 2014

Graham C. Mullen
United States District Judge