IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 3:14-cv-296 |
| | ) | |
| HUMANA HEALTH PLAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the Court upon Defendant's Motion to Stay Pending Resolution of Motion to Transfer (Doc. No. 14) and Memorandum in Support (Doc. No. 15). Therein, Defendant requests that all further proceedings in this case be stayed pending the resolution of Defendant's motion to transfer pursuant to 28 U.S.C. § 1407, which is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"). (*See* Notice of Filing for Transfer, Doc. No. 13). Upon consideration of the Motion, and noting that Plaintiff consents to the relief requested, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that all proceedings in this case are **STAYED** pending the outcome of Defendant's motion to transfer currently pending before the JPML. The parties are directed to notify the Court upon the resolution of that motion.

**SO ORDERED.**

Signed: November 19, 2014

*[Signature]*

Graham C. Mullen
United States District Judge